MARTIN I. MELENDREZ, ESQ.
Nevada Bar No. 7818
BRITANNICA D. COLLINS, ESQ.
Nevada Bar No. 13324
MICHELLE H. NGUYEN, ESQ.
Nevada Bar No. 17263
**HAWKINS MELENDREZ, P.C.**
1645 Village Center Circle, Suite 160
Las Vegas, Nevada 89134
Phone: (702) 318-8800
Fax: (702) 318-8801
mmelendrez@hawkinsmelendrez.com
bcollins@hawkinsmelendrez.com
*Attorneys for Defendant Magma Holding, Inc.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| GREGORY MATTHEW TRAVIS TOWNSEND, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MAGMA HOLDING, INC. d/b/a EIGHTVAPE a Nevada Company; and JOHN DOE DEFENDANTS, 1 – 100, black corporations and white partnerships;<br><br>Defendants. | Case No.: 2:26-cv-00742<br><br>Department: 29<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT MAGMA HOLDING, INC. TO RESPOND TO COMPLAINT & DEMAND FOR JURY TRIAL**<br><br>**Current Response Date: May 4, 2026**<br><br>**New Response Date: May 18, 2026** |

IT IS HEREBY STIPULATED and AGREED by and between Defendant MAGMA HOLDING, INC., by and through its counsel of record, HAWKINS MELENDREZ, P.C., and Plaintiff GREGORY MATTHEW TRAVIS TOWNSEND, by and through his counsel of record CHRISTIAN MORRIS TRIAL ATTORNEYS and JOHNSON BECKER, PLLC (collectively, the "Parties") as follows:

1. On March 12, 2026, Plaintiff filed his Complaint in this court (ECF No. 1).

2. On April 13, 2026, Plaintiff served the Summons and Complaint on Magma Holding, Inc. ("Magma") (ECF No. 8).

3. The Parties agree, stipulate, and respectfully request that the Court extend the deadline for Magma to respond to the Complaint by making the deadline for Magma to answer or otherwise respond May 18, 2026.

4. Counsel for the Parties have met and conferred telephonically regarding the extension.

5. The extension is necessary to provide Defendant's counsel sufficient time to review the Complaint and prepare an answer or other responsive pleading.

6. This is the first stipulation for an extension of the time sought from the Court for Magma to answer or otherwise plead in response to the Complaint.

IT IS SO STIPULATED AND AGREED.

Dated this 4th day of May, 2026.

HAWKINS MELENDREZ, P.C.

/s/ Martin I. Melendrez
MARTIN I. MELENDREZ, ESQ.
Nevada Bar No. 7818
BRITANNICA D. COLLINS, ESQ.
Nevada Bar No. 13324
1645 Village Center Circle, Suite 160
Las Vegas, Nevada 89134
Attorneys for Defendant Magma Holding, Inc.

CHRISTIAN MORRIS TRIAL ATTORNEYS

/s/ Lindsay N. Roginski
CHRISTIAN M. MORRIS, ESQ.
Nevada Bar No. 11218
LINDSAY N. ROGINSKI, ESQ.
Nevada Bar No. 16616
2250 Corporate Circle, Suite 390
Henderson, NV 89074

Adam J. Kress, Esq. (MN Bar #0397289)
Pro Hac Vice Granted March 20, 2026
JOHNSON BECKER, PLLC
444 Cedar Street, Suite 1800
St. Paul, MN 55101
Attorneys for Plaintiff

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: May 5, 2026

**HAWKINS MELENDREZ, P.C.**
1645 Village Center Circle, Suite 160
Las Vegas, Nevada 89134
Telephone (702) 318-8800 • Facsimile (702) 318-8801

2